1  Erica Rutner, SBN 344880
   COZEN O'CONNOR
2  1801 N. Military Trail, Suite 200
   Boca Raton, FL 33431
3  Telephone: 561.245.6120
   Facsimile: 561.245.6213
4  erutner@cozen.com

5  Attorney for Defendant
   IGLOO PRODUCTS CORP.
6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  GARY LEE, an individual,                 Case No. 2:25-cv-1526-JDP

12              Plaintiff,

13      vs.                                  **STIPULATION TO EXTEND TIME TO**
                                             **RESPOND TO PLAINTIFF'S COMPLAINT**
14                                           **PURSUANT TO FED. R. CIV. P. 6(B)(1)**
    IGLOO PRODUCTS, CORP., a Delaware        **AND LOCAL RULE 144(a); SIGNATURE**
15  corporation,                             **ATTESTATION; AND** ~~**[PROPOSED]**~~
                Defendant.                   **ORDER**
16

17                                           Complaint Filed:  June 2, 2025
                                             Complaint Served:  July 14, 2025
18                                           Current Response Date:  August 4, 2025
                                             New Response Date:  September 3, 2025
19

20

21          Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"),

22  by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules

23  of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District

24  of California, hereby stipulate as follows:

            WHEREAS, Plaintiff filed the Complaint in the above-captioned action on June 2, 2025
26
    [Dkt. 1];
27

28

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 14, 2025, making the responsive deadline August 4, 2025;

WHEREAS, on July 22, 2025, Defendant's counsel requested a 30-day extension to allow sufficient time to evaluate the allegations in the Complaint;

WHEREAS, on July 24, 2025, Plaintiff's counsel agreed for Defendant to extend the time to respond to the Complaint through and including September 3, 2025;

WHEREAS, the Parties respectfully submit that good cause exists for the requested extension;

WHEREAS, no prior extensions of time to respond to the Complaint have been granted by the Court;

WHEREAS, this extension does not alter any existing deadlines fixed by the Court;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the Parties, as follows:

1.      Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including September 3, 2025; and

2.      The Parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

//

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT;
SIGNATURE ATTESTATION; AND [PROPOSED] ORDER

COZEN O' CONNOR
1801 N. MILITARY TRAIL, SUITE 200
BOCA RATON, FL 33431-1810

1    Dated:    July 29, 2025                    COZEN O'CONNOR

2

3                                              By:  _/s/ Erica Rutner_____
4                                                  Erica Rutner, Esq.
                                                   Attorney for Defendant
5                                                  IGLOO PRODUCTS CORPORATION

6    Dated:    July 29, 2025                    JOHNSON BECKER, PLLC
7

8                                              By:  _/s/ Adam J. Kress_____
9                                                  Adam J. Kress, Esq.
                                                   Attorney for Plaintiff
10                                                 GARY LEE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cozen O' Connor
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431-1810

3

1

**SIGNATURE ATTESTATION**

2

3       In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed,

4  and on whose behalf the filing is submitted, concur in the filing's content and have authorized its

5  submission.

6  Dated: July 29, 2025                              */s/ Erica Rutner*
                                                      Erica Rutner
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COZEN O' CONNOR
1801 N. MILITARY TRAIL, SUITE 200
BOCA RATON, FL 33431-1810

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT;
SIGNATURE ATTESTATION; AND [PROPOSED] ORDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual, | Case No. 2:25-cv-1526-JDP |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ ORDER |
| IGLOO PRODUCTS, CORP., a Delaware corporation, | [Filed Concurrently with Stipulation to Extend Time to Respond to Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144(a) and Signature Attestation] |
| Defendant. | |

Having considered the Stipulation to Extend Time to Respond to Plaintiff's Complaint filed jointly by Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP.'s ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District of California [Dkt. 6], and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended through and including September 3, 2025.

IT IS SO ORDERED.

Dated: ___August 1, 2025___                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE