**COZEN O'CONNOR**
Erica Rutner, SBN 344880
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431
Telephone: 561.245.6120
Facsimile: 561.245.6213
erutner@cozen.com

Attorney for Defendant
IGLOO PRODUCTS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS, CORP., a Delaware corporation,<br>　　　　Defendant. | Case No. 2:25-cv-1526-JAM-CSK<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND HIS COMPLAINT AND EXTENDING DEFENDANT'S DEADLINE TO RESPOND**<br><br>Complaint Filed: June 2, 2025<br>Complaint Served: July 14, 2025<br>New Response Date: September 3, 2025 |

Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), by and through their respective counsel, and pursuant to this Court's July 7, 2025 Order Re Filing Requirements for Cases Assigned to Judge Mendez (ECF No. 3-2), hereby stipulate as follows:

WHEREAS, Defendant's current deadline to respond to the Complaint is September 3, 2025;

WHEREAS, Defendant's anticipated filing a motion to dismiss the Complaint on the grounds that the Complaint failed to plead facts sufficient to state any claim for relief under Federal Rule of Civil Procedure 12(b)(6).

WHEREAS, the parties met and conferred on Defendant's anticipated motion to dismiss and discussed thoroughly the substance of the contemplated motion and possible resolutions;

WHEREAS, during the meet and confer, Plaintiff agreed to amend his Complaint within twenty-one (21) days of this stipulation in an attempt to address Defendant's arguments without the necessity of briefing;

WHEREAS, the Parties respectfully submit that good cause exists for Plaintiff to amend his Complaint to avoid unnecessary briefing on Defendant's anticipated motion to dismiss;

WHEREAS, because Plaintiff intends to amend his Complaint, the Parties respectfully submit that good cause exists to extend Defendant's deadline to respond until after Plaintiff has filed the anticipated amended complaint.

**IT IS HEREBY AGREED AND STIPULATED**, by and between the Parties, as follows:

1.  Plaintiff is granted leave to file the First Amended Complaint on or before September 24, 2025;

2.  Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including October 15, 2025; and

3.  The Parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

1  //

2  Dated:   September 5, 2025             **COZEN O'CONNOR**

3

4                                          By:  */s/ Erica Rutner*
5                                               Erica Rutner, Esq.
                                                 Attorney for Defendant
6                                               IGLOO PRODUCTS CORPORATION

7
8  Dated:   September 5, 2025             **JOHNSON BECKER, PLLC**

9

10                                         By:  */s/ Adam J. Kress*
                                                 Adam J. Kress, Esq.
11                                              Attorney for Plaintiff
                                                 GARY LEE

12

**SIGNATURE ATTESTATION**

In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated:   September 5, 2025                         */s/ Erica Rutner*
                                                                   Erica Rutne

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS, CORP., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-1526-JAM-CSK<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Permit Plaintiff to Amend His Complaint to Avoid Defendant's Anticipated Motion to Dismiss] |

Having considered the Stipulation to Extend Time to Respond to Plaintiff's Complaint filed jointly by Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP.'s ("Defendant"), pursuant to this Court's July 7, 2025 Order Re Filing Requirements for Cases Assigned to Judge Mendez (ECF No. 3-2), and good cause appearing,

**IT IS HEREBY ORDERED** that

(1) Plaintiff is granted leave to file the First Amended Complaint **on or before September 24, 2025**; and

(2) Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is **EXTENDED** through and including **October 15, 2025**.

IT IS SO ORDERED.

September 05, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE