Erica Rutner, SBN 344880
COZEN O'CONNOR
501 E. Las Olas Blvd., Suite 300
Ft. Lauderdale, FL 33301
Telephone: 561.245.6120
Facsimile: 561.245.6213
erutner@cozen.com

Attorney for Defendant
IGLOO PRODUCTS CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS, CORP., a Delaware corporation,<br>Defendant. | Case No. 2:25-cv-01526-JAM-CSK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT STATUS REPORT PURSUANT TO FED. R. CIV. P. 6(B)(1) AND LOCAL RULE 143** |

Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, hereby stipulate as follows:

WHEREAS, on September 16, 2025, the Court entered a minute order ("Order") pertaining to both the above-captioned action ("*Lee*") and the related (but not consolidated) action captioned *McAlary v. Igloo Product Corp.*, Case No. 2:25-cv-01904-JAM-CSK ("*McAlary*") [Dkt. 20];

WHEREAS, because Igloo planned to file a motion to dismiss in each case, the Order set a (separate) briefing schedule for each motion to dismiss (*id.*);

WHEREAS, the Order further stated that, "AS TO BOTH MATTERS," "[t]he parties are ORDERED to file a Joint Status Report pursuant to the provisions of F.R.Cv.P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, within thirty (30) days <u>after</u> the Court's ruling on the motions to dismiss" (*id.*);

WHEREAS, in *Lee*, on February 20, 2026, the Court granted Igloo's motion to dismiss, with leave to amend [Dkt. 28];

WHEREAS, in *Lee*, under the Order, the deadline for the parties to file a joint status report is now March 23, 2026 (30 days after the order granting Igloo's motion to dismiss);

WHEREAS, in *Lee*, on March 11, 2026, Plaintiff filed a third amended complaint [Dkt. 29],[1] which Igloo plans to move to dismiss;

WHEREAS, in *McAlary*, on March 2, 2026, the Court granted Igloo's motion to dismiss with leave to amend;

WHEREAS, in *McAlary*, the plaintiff will file an amended complaint on or before March 22, 2026, which Igloo anticipates moving to dismiss;

WHEREAS, the parties in *Lee*, subject to the Court's approval, stipulate to extend the deadline for their joint status report to 30 days after the Court's ruling on Igloo's forthcoming motion to dismiss the third amended complaint;

WHEREAS, the parties have not previously requested an extensions of the deadline to submit a joint status report;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the parties, as follows:

---

[1] Although styled as a "third amended complaint," it is actually the second amended complaint.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT STATUS REPORT

COZEN O' CONNOR
1801 N. MILITARY TRAIL, SUITE 200
BOCA RATON, FL 33431-1810

1.    The deadline for the parties to file a joint status report is extended to 30 days after the Court's ruling on Igloo's forthcoming motion to dismiss third amended complaint; and

2.    The parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.


Dated:    March 23, 2026                    COZEN O'CONNOR


By:   _/s/ Erica Rutner_
Erica Rutner, Esq.
Attorney for Defendant
IGLOO PRODUCTS CORPORATION


Dated:    March 23, 2026                    JOHNSON BECKER, PLLC


By:   _/s/ Adam J. Kress_
Adam J. Kress, Esq.
Attorney for Plaintiff
GARY LEE

COZEN O' CONNOR
1801 N. MILITARY TRAIL, SUITE 200
BOCA RATON, FL 33431-1810

3
STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT STATUS REPORT

## SIGNATURE ATTESTATION

In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated:   March 23, 2026                                    /s/ Erica Rutner
                                                                Erica Rutner

STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT STATUS REPORT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY LEE, an individual,

      Plaintiff,

      vs.

IGLOO PRODUCTS, CORP., a Delaware corporation,

      Defendant.

Case No. 2:25-cv-01526-JAM-CSK

**ORDER**

[Filed Concurrently with Stipulation to Extend Deadline for Joint Status Report Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 143 and Signature Attestation]

Having considered the Stipulation to Extend Deadline for Joint Status Report filed jointly by Plaintiff GARY LEE and Defendant IGLOO PRODUCTS CORP., pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California [Dkt. 30], and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the parties to file a joint status report is **EXTENDED** to 30 days after the Court's ruling on Igloo's forthcoming motion to dismiss third amended complaint.

IT IS SO ORDERED.

Dated: March 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE