Erica Rutner, SBN 344880
COZEN O'CONNOR
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431
Telephone: 561.245.6120
Facsimile: 561.245.6213
erutner@cozen.com

Attorney for Defendant
IGLOO PRODUCTS CORP.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual,<br><br>              Plaintiff,<br><br>      vs.<br><br>IGLOO PRODUCTS, CORP., a Delaware corporation,<br>              Defendant. | Case No. 2:25-cv-1526-JAM-CSK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 6(B)(1) AND LOCAL RULE 143;** |

Plaintiff GARY LEE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, hereby stipulate as follows:

WHEREAS, on March 11, 2026, Plaintiff filed a Third Amended Complaint [Dkt. 29];

WHEREAS, pursuant to the Order Granting Motion to Dismiss, the deadline for Defendant to respond to the Third Amended Complaint is March 31, 2026 [Dkt. 28];

WHEREAS, the parties met and conferred regarding Defendant's forthcoming motion to dismiss the Third Amended Complaint;

WHEREAS, following the meet and confer, Plaintiff's counsel advised that Plaintiff intends to file an amended complaint by no later than April 7, 2026;

WHEREAS, so Defendant need not file a motion to dismiss that will be mooted by Plaintiff's forthcoming fourth amended complaint, the parties jointly ask the Court to extend the deadline for Defendant to respond to the Third Amended Complaint;

WHEREAS, Defendant has not previously requested an extension of the deadline to respond to the Third Amended Complaint;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the parties, as follows:

1.      The deadline for Defendant to move to dismiss, answer, or otherwise respond to the Third Amended Complaint is extended to April 7, 2026; and

2.      The parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

Dated:   April 2, 2026                              COZEN O'CONNOR


By:  _/s/ Erica Rutner_
Erica Rutner, Esq.
Attorney for Defendant
IGLOO PRODUCTS CORPORATION


Dated:   April 2, 2026                              JOHNSON BECKER, PLLC


By:  _/s/ Adam J. Kress_
Adam J. Kress, Esq.
Attorney for Plaintiff
GARY LEE

COZEN O'CONNOR
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431-1810

## <u>SIGNATURE ATTESTATION</u>

In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated:   April 2, 2026                                    */s/ Erica Rutner*
                                                          Erica Rutner

STIPULATION AND ORDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>IGLOO PRODUCTS, CORP., a Delaware corporation,<br><br>       Defendant. | Case No. 2:25-cv-1526-JAM-CSK<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Extend Deadline to Respond to Third Amended Complaint to Fed. R. Civ. P. 6(b)(1) and Local Rule 143 and Signature Attestation] |

Having considered the Stipulation to Extend Deadline to Respond to Third Amended Complaint filed jointly by Plaintiff GARY LEE and Defendant IGLOO PRODUCTS CORP., pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California [Dkt. 30], and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Igloo to move to dismiss, answer, or otherwise respond to the Third Amended Complaint is extended to **April 07, 2026**.

IT IS SO ORDERED.

Dated: April 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE